**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOHN AARON VANDERBURG,**

      **Plaintiff,**

**v.**                                         **Case No.   3:11cv501/MCR/CJK**

**ESCAMBIA COUNTY, FLORIDA,
et al.,**

      **Defendants.**

_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 27, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff's claims are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), for plaintiff's failure to state a claim upon which relief may be granted, and for plaintiff's pursuit of monetary relief against defendants who are immune from such relief.

3.     All pending motions are DENIED as moot.

4.     The clerk is directed to close the file.

DONE AND ORDERED this 4th day of October, 2012.

s/ *M. Casey Rodgers*
_____

**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**